Case No: 07-66268

# UNITED STATES BANKRUPTCY COURT

**Northern District of Illinois**

In re: Lawrence G Peavy                                         Case No: 08-32487

                                                                Chapter: 13

Property Address:   3933 WEST 59TH ST, CHICAGO, IL 60629

Last four digits of any number you use to

Identify the debtor's account:     7250

Court Claim No. (if known)

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **11/05/2012** and filed as Docket No. **40**

### Pre-Petition Default Payments     Applicable option is checked.

[X]  Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

[ ]  Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:    **$------**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments     Applicable option is checked.

[X]      Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[ ]   Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:    **$------**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 07-66268

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐   I am the Creditor          X   I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

X   /s/HERSCHEL HOYT                    X   11/21/2012
    Signature                                Date(MM/DD/YYYY)

First Name:  HERSCHEL          Middle Name:              Last Name: HOYT

Title: BANKRUPTCY SUPERVISOR

Company:  GREEN TREE SERVICING LLC

Address: 7340 S. KYRENE RD

City: TEMPE                    State: AZ                 Zip: 85283

Phone: 877-256-4871

Case No: 07-66268

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>November 21, 2012</u>

| | |
|---|---|
| Chapter 13 Trustee: | **Tom Vaughn** |
| Trustee Address: | 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 |
| Trustee Email: | |
| Debtor's Counsel Name: | **Brad R Schneiderman** |
| Debtor's Counsel Address: | 407 S. Dearborn, 6th floor, Chicago, IL 60605 |
| Debtor's Counsel Email: | |
| Debtor 1 Name: | **Lawrence G Peavy** |
| Debtor 2 Name: | |
| Debtor's Mailing Address: | 3933 W. 59th St., Chicago, IL 60629 |

/s/ Herschel Hoyt, Bankruptcy Supervisor